THE STATE OF OHIO, APPELLANT, *v.* MADARIS, APPELLEE.

[Cite as *State v. Madaris,* **123 Ohio St.3d 127, 2009-Ohio-4903.**]

*Court of appeals' judgment affirmed on the authority of State v. Harris.*

(No. 2008-1052 — Submitted August 11, 2009 — Decided September 22, 2009.)

APPEAL from the Court of Appeals for Hamilton County, No. C-070287,

2008-Ohio-2470.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Harris*, 122 Ohio St.3d 373, 2009-Ohio-3323, 911 N.E.2d 882.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellant.

Timothy Young, State Public Defender, and Sarah M. Schregardus, Assistant State Public Defender, for appellee.

_____